

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2022

No. 04-22-00366-CV

**IN RE** Gabriel **ESTRADA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:        Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

On June 21, 2022, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). As the Texas Supreme Court recently recognized, mandamus is not meant for grievances that may be addressed by other remedies. *See Elec. Reliability Council of Tex., Inc. v. Panda Power Generation Infrastructure Fund, LLC*, 619 S.W.3d 628, 641 (Tex. 2021). This court has reviewed orders granting pleas to the jurisdiction under Texas Family Code section 102.003(a)(9) on direct appeal. *See, e.g., In re Guardianship of C.E.M.-K.*, 341 S.W.3d 68, 78 (Tex. App.—San Antonio 2011, pet.) (concluding former step-father had standing to file SAPCR); *see also Y.B.*, 300 S.W.3d 1, 3 (Tex. App.—San Antonio 2009, pet. denied). However, because relator has not shown he has no adequate remedy by direct appeal, we conclude relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT



---

[1] This proceeding arises out of Cause No. 2007-CI-07900, styled *In the Interest of J.N.M., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.